UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN MICHAEL FOSHEE,<br><br>Defendant. | Case No: 2: 23-MJ-00651-VCF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for December 6, 2023, at the hour of 9:00 a.m., be vacated and continued to February 7, 2024 at 9:00 am in LV Courtoom 3A.

DATED this 29 day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3