# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WARREN FOSHEE,<br><br>               Defendant. | 2:23-mj-00651-MDC<br><br>ORDER |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for February 6, 2024 at 9 a.m. be vacated and reset for change of plea on March 13, 2024 at 9:00 am in LV Courtroom 3A.

DATED February 6, 2024

_____
THE HON. MAXIMILIANO D. COUVILLIER III
U.S. MAGISTRATE JUDGE